IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00670-REB-MEH

MARK BURRIS, and
LORI BURRIS,

      Plaintiffs,

v.

US BANK NATIONAL ASSOSIATION [sic], as trustee for the BS Alta 2006-3,
GMAC BANK, and
JOHN AND JANE DOES, unknown owners of securitized note,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 18, 2010.**

      Pending before the Court is a Motion to Dismiss filed by an interested nonparty, Citibank FSB [filed April 22, 2010; docket #9]. Citibank contends that, while the Plaintiffs listed Citibank as a defendant in a waiver of service form, the Plaintiffs do not name Citibank as a defendant in the caption nor raise any claims against Citibank in the Complaint; therefore, the Court construes Citibank's motion as a request for clarification as to whether Citibank FSB is a party to this litigation. In response to the motion, the Plaintiffs state, "without objection," they "hereby agree to the Dismissal Motion." Docket #13. Thus, the motion is **granted**, and the Court clarifies that, considering Plaintiffs' concession, the Plaintiffs raise no claims against Citibank FSB and Citibank FSB is not a party in this action.