## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 10-cv-00670-REB-MEH

MARK BURRIS, and
LORI BURRIS,

    Plaintiffs,
v.

US BANK NATIONAL ASSOSIATION (sic) as trustee for the BS Alta 2006-3, and
JOHN AND JANE DOE, unknown owners of securitized note,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is matter before me on the following: (1) **Motion of Defendants US Bank National Association as Trustee for BS ALTA 2006-3 and GMAC Bank To Dismiss Plaintiffs' Complaint for Failure to Effect Service of Process** [#26][1] filed August 18, 2010; and (2) the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#29] filed September 29, 2010.  No objections to the recommendation have been filed and, therefore, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

approved and adopted.

The plaintiffs are proceeding *pro se* in this case. It took the plaintiffs some time to determine how properly to serve a summons and the complaint on the defendants. As detailed by the magistrate judge, however, the plaintiffs have demonstrated good-faith and repeated efforts to effect proper service on the defendants. Given the circumstances described by the magistrate judge in his recommendation, I agree with his recommendation that the motion to dismiss be denied.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#29] filed September 29, 2010, is **APPROVED AND ADOPTED** as an order of this court; and

2. That the **Motion of Defendants US Bank National Association as Trustee for BS ALTA 2006-3 and GMAC Bank To Dismiss Plaintiffs' Complaint for Failure to Effect Service of Process** [#26] filed August 18, 2010, is **DENIED**.

Dated February 11, 2011, at Denver, Colorado.

                                       **BY THE COURT:**

                                       */s/ Robert E. Blackburn*
                                       Robert E. Blackburn
                                       United States District Judge