IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00670-REB-MEH

MARK BURRIS, and
LORI BURRIS,

      Plaintiffs,

v.

US BANK NATIONAL ASSOSIATION [sic], as trustee for the BS Alta 2006-3,
GMAC BANK, and
JOHN AND JANE DOES, unknown owners of securitized note,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2011.**

      Plaintiffs' Renewed Motion to Amend Initial Complaint [filed November 14, 2011; docket #49] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A and for failure to submit a proposed amended pleading by which the Court might determine whether "justice so requires" leave to amend.  *See* Fed. R. Civ. P. 15(a).