IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00670-REB-MEH

MARK BURRIS, and
LORI BURRIS,

    Plaintiffs,

v.

US BANK NATIONAL ASSOSIATION [sic], as trustee for the BS Alta 2006-3,
GMAC BANK, and
JOHN AND JANE DOES, unknown owners of securitized note,

    Defendants.
_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**Michael E. Hegarty, United States Magistrate Judge**.

This matter comes before the Court *sua sponte*. From April 2011 to the present, this Court has worked to assist the parties in attempting to resolve this case short of trial. The Court's and parties' efforts have resulted in a settlement offer the parties are currently investigating; however, such investigation may require substantial time and may intrude upon the currently scheduled trial preparation conference and trial. As the parties currently desire to focus their efforts on potential settlement rather than on litigation of the case, this Court respectfully RECOMMENDS that the Trial Preparation Conference set for March 23, 2012, and the trial date set for March 26, 2012, be **vacated** and **reset** as Judge Blackburn's calendar permits.[1] This Court will inform the District Court when

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written

the parties' investigation and settlement negotiations conclude.

      Respectfully submitted at Denver, Colorado, this 30th day of January, 2012.

                                BY THE COURT:

*(signature: Michael E. Hegarty)*

                                Michael E. Hegarty
                                United States Magistrate Judge

---

objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).