IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00670-REB-MEH

MARK BURRIS, and
LORI BURRIS,

      Plaintiffs,

v.

US BANK NATIONAL ASSOSIATION [sic], as trustee for the BS Alta 2006-3,
GMAC BANK, and
JOHN AND JANE DOES, unknown owners of securitized note,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2012**.

      In light of the settlement of this matter, the pending non-dispositive motions referred to this Court in this matter – Plaintiff's Motion Requesting Arbitration/Mediation [filed March 7, 2012; docket #69], Defendants' Motion for Partial Stay of Proceedings [filed March 7, 2012; docket #71], and Plaintiff's Amended Motion to Allow for Out of State Witness Testimony by Telephone [filed March 12, 2012; docket #75] are **denied as moot**.