**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00670-REB-MEH

MARK BURRIS, and
LORI BURRIS,

    Plaintiffs,

v.

US BANK NATIONAL ASSOCIATION, as Trustee for the BS ALTA 2006-3,
GMAC BANK, and
JOHN AND JANE DOE, unknown owners of securitized note,

    Defendants.

**ORDER**

**Blackburn, J.**

    This matter is before the court on the **Recommendation of United States Magistrate Judge** [#64][1] filed January 30, 2012.  The magistrate judge recommends that the Trial Preparation Conference and the trial currently set in this case be vacated and, if necessary, re-set.  Because no objections to the recommendation have been filed, I review it only for plain error.  *See **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).*[2]  Finding no error, much less plain error, in the magistrate judge's recommendation, I find and conclude that the recommendation should be approved and adopted as an order of this court.

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

This morning the United States Magistrate Judge assigned to this case reported that the parties have reached a settlement of this matter. In light of the settlement, I deny as moot the motions currently pending in this case, and I vacate the Trial Preparation Conference and trial currently set in this case. This case shall remain open, pending the filing of documents consummating the settlement of this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That all pending motions, including the motions docketed as [#36, #37, #46, #62, #69, #71, and #75], are **DENIED** as moot;

2. That the **Recommendation of United States Magistrate Judge** [#64] filed January 30, 2012, is **APPROVED** and **ADOPTED** as an order of this court;

3. That the Trial Preparation Conference set for March 23, 2012, and the trial set to begin on March 26, 2012, are **VACATED**; and

4. That this case shall remain open pending the filing of settlement documents by the parties and further orders of this court.

Dated March 19, 2012, at Denver, Colorado.

                                                **BY THE COURT:**

Robert E. Blackburn
United States District Judge