**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00670-REB-MEH

MARK BURRIS, and
LORI BURRIS,

    Plaintiffs,

v.

US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE BS ALTA 2006-3
GMAC BANK, and
JOHN & JANE DOE, Unknown Owners of Securitized Note,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the defendants' **Uncontested Motion To Administratively Close Case Pursuant To D.C.COLO.LCivR 41.2** [#83][1] filed May 11, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendants' **Uncontested Motion To Administratively Close Case Pursuant To D.C.COLO.LCivR 41.2** [#83] filed May 11, 2012, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#83]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated May 14, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge